# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **Edna Yvonne Grace, Personal Representative of the Estate of Freddie E. Grace, Deceased,** | ) ) ) ) | |
| Plaintiff, | ) ) | Case No: 2:09-CV-02219-ASB |
| v. | ) ) | |
| **A.W. CHESTERTON COMPANY, et al.,** | ) ) | |
| Defendants. | ) | |
| | **Transferred from** | |
| **STATE OF SOUTH CAROLINA** | ) ) | IN THE COURT OF COMMON PLEAS |
| **COUNTY OF CHARLESTON** | ) ) | C/A No. 09-CP-10-4616 |
| | ) | |
| **Edna Yvonne Grace, Personal Representative of the Estate of Freddie E. Grace, Deceased,** | ) ) ) ) | Electrician (CNSY); Asbestosis |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **A.W. CHESTERTON COMPANY, et al.,** | ) ) | |
| Defendants. | ) | |

## CONSENT TO REMOVAL

Defendant SEPCO Corporation consents to the removal of the above-entitled action.

This **4th** day of **September**, 2009.

                                    **HAWKINS & PARNELL, LLP**


                                    /s/ A. Timothy Jones
                                    A. Timothy Jones, Esq.
                                    South Carolina State Bar No.: 003169

10483220v.1                          1

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
(404) 614-7400 Telephone
(404) 614-7500 Facsimile
E-mail:  tjones@hplegal.com

**ATTORNEY FOR DEFENDANT
SEPCO CORPORATION**

10483220v.1           2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **Edna Yvonne Grace, Personal Representative of the Estate of Freddie E. Grace, Deceased,** | ) ) ) ) | |
| Plaintiff, | ) ) | Case No: 2:09-CV-02219-ASB |
| v. | ) ) | |
| **A.W. CHESTERTON COMPANY, et al.,** | ) ) | |
| Defendants. | ) | |
| | **Transferred from** | |
| **STATE OF SOUTH CAROLINA** | ) ) | **IN THE COURT OF COMMON PLEAS** |
| **COUNTY OF CHARLESTON** | ) ) | **C/A No. 09-CP-10-4616** |
| | ) | |
| **Edna Yvonne Grace, Personal Representative of the Estate of Freddie E. Grace, Deceased,** | ) ) ) ) | **Electrician (CNSY); Asbestosis** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **A.W. CHESTERTON COMPANY, et al.,** | ) ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **CONSENT TO REMOVAL**, via electronic filing on all counsel of record.

This the **4**th day of **September**, 2009.

                                       **HAWKINS & PARNELL, LLP**

                                       /s/ A. Timothy Jones
                                       A. Timothy Jones, Esq.
                                       South Carolina State Bar No.: 003169

4000 SunTrust Plaza  
303 Peachtree Street, NE  
Atlanta, GA 30308-3243  
(404) 614-7400 Telephone  
(404) 614-7500 Facsimile  
E-mail:  tjones@hplegal.com

**ATTORNEY FOR DEFENDANT**
**SEPCO CORPORATION**

10483220v.1                     4